No. 00–7910. ENIGWE v. UNITED STATES. C. A. 3d Cir. Certiorari before judgment denied.